

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2015

No. 04-15-00743-CR

Jose E. **NIEVES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR2219
Honorable Steve Hilbig, Judge Presiding

## O R D E R

    Extension of time to file the court reporter's record is this date NOTED. Time is extended to January 27, 2016.

**PER CURIAM**

ATTESTED TO: _____
          KEITH E. HOTTLE
          CLERK OF COURT

cc: Bettina J. Williams
Official Court Reporter - 187th District Court
Cadena-Reeves Justice Center
300 Dolorosa, Suite 2129
San Antonio, TX 78205

Nicolas A. LaHood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205

Anthony Colton
Attorney at Law
301 Fair Ave.
San Antonio, TX 78223-1111